STATE v. HALEY

No. 173P98

Case below: 129 N.C.App. 265

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

STATE v. HAYES

No. 162P98

Case below: 129 N.C.App. 117

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

STATE v. HILL

No. 202P98

Case below: 129 N.C.App. 429

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 July 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

STATE v. HOWARD

No. 37P98

Case below: 128 N.C.App. 532

Petition by Attorney General for writ of supersedeas denied 8 July 1998. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

STATE v. INGRAM

No. 197P98

Case below: 129 N.C.App. 265

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998 without prejudice to file in the Court of Appeals.